IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01920-WYD-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$18,029.00 IN UNITED STATES CURRENCY, and

2004 AUDI A4 SEDAN, VIN WAULC68E24A022263,

      Defendants.

**AMENDED ORDER FOR DEFAULT AND FINAL ORDER OF FORFEITURE
AS TO DEFENDANT 2004 AUDI A4 SEDAN**

THIS MATTER comes before the Court on the United States' Motion to Amend Order for Default and Final Order of Forfeiture as to Defendant 2004 Audi A4 Sedan - Typographical Error (Doc. # 22 filed June 9, 2009).  The Court, having reviewed the motion and being fully advised in the premises, FINDS:

THAT on March 12, 2009, an Order for Default and Final Order of Forfeiture of the defendant property was entered;

THAT on March 16, 2009, a Default Judgment against the defendant property was entered by the Clerk of the District Court;

THAT defendant 2004 Audi A4 Sedan was inadvertently described as a 200<u>7</u> Audi A4 Sedan in the Final Order of Forfeiture and Default Judgment; and

THAT the description of defendant 2004 Audi A4 Sedan in the Final Order and Default Judgment must be corrected so that the United States can properly dispose of said vehicle.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT pursuant to Fed. R. Civ. R. 60(a) the Order for Default and Final Order of Forfeiture is hereby AMENDED to correct the description the defendant vehicle, from a 200<u>7</u> Audi A4 Sedan to a 200<u>4</u> Audi A4 Sedan;

THAT defendant 2004 Audi A4 Sedan, VIN WAULC68E24A022263 is hereby forfeited to the United States, including all right, title, and interest;

THAT the United States shall have full and legal title to defendant 2004 Audi A4 Sedan and may dispose of it in accordance with law; and

THAT the Clerk of Court is directed to enter and Amended Default Judgment as to defendant 2004 Audi A4 Sedan.

Dated this 9th day of June, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE